UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>KHAMSOU SIDA,<br><br>           Defendant. | 2:08-cr-00390-GEB<br>2:08-cr-00392-GEB<br><br><u>ORDER FOR EXAMINATION</u><br><u>PURSUANT TO TITLE 18</u><br><u>SECTION 4241 - Mental</u><br><u>Competency of Defendant</u> |

       Defendant Khamsou Sida's counsel has questioned whether Defendant understands the nature of the criminal charges in the two cases in which indictments are pending against him, and is able to assist in his defense.  Therefore, the Federal Bureau of Prisons shall have Defendant Khamsou Sida examined, pursuant to Section 4241 of Title 18 of the United States Code, to determine whether he is suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

       Defendant Khamsou Sida shall be transported to the place designated by Bureau of Prisons for the examination and/or study, which may be conducted over a period of 90 days.  Further, the Bureau of Prisons shall have a report prepared, pursuant to the

provisions of Section 4241(b) of Title 18 United States Code; the report will be filed under seal.[1]

The examining officials are authorized to access all pertinent medical and collateral information, including psychiatric and medical records and psychological testing. The indictments are attached which contain the allegations against Defendant.

Time is excluded under the Speedy Trial Act to and including March 13, 2009, pursuant to 18 U.S.C. § 3161(h)(1)(A) and Local Code N, because of the examination and/or study to determine mental competency. A status hearing is scheduled for 9:00 a.m. on March 13, 2009. The Clerk of Court is directed to include the United States Marshal and the Sacramento Community Corrections Manager of the Bureau of Prisons in the service of this Order.

IT IS SO ORDERED.

Dated: December 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The public does not presently possess a right of access to this document. Press-Enterprises Co v. Superior Court, 478 U.S. 1, 8 (1986); U.S. v. Martin-Trigona, 767 F.2d 35, 39 (2d Cir. 1985); see also U.S. v. Shlater, 85 F.3d 1251, 1254 (7th Cir. 1996); Miller v. U.S., 207 F. Supp. 5, 6 (N.D. Fl 1962). See United States v. Weston, 36 F. Supp. 2d 7, 8 (D.C. 1999).

2