```
1  CARL E. LARSON, Bar #48162
   Attorney at Law
2  9490 Golden Gate Avenue
   Orangevale, CA 95662
3  Telephone: (916) 989-9226

4  Attorney for Defendant
   KHAMSOU SIDA
5
```

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9
                                    ) CR.S-08-390-GEB
10 UNITED STATES OF AMERICA,         ) CR.S-08-392-GEB
                                    )
11              Plaintiff,           )
                                    ) STIPULATION AND ORDER
12     v.                            )
                                    ) Date: March 27, 2006
13 KHAMSOU SIDA,                     ) Time: 9:00 a.m.
                                    ) Judge: Garland E. Burrell
14              Defendant.           )
                                    )
15 _____

16

17

18     The parties, plaintiff United States, through counsel, Assistant

19 United States Attorney, MICHAEL BECKWITH and the defendant, KHAMSOU

20 SIDA, through counsel, CARL E. LARSON, hereby stipulate that the status

21 conference set for March 12, 2009 at 9:00 a.m. be rescheduled to March

22 27, 2009 at 9:00 a.m.  Counsel requesting this continue due to the

23 Psychiatric Report is not yet available.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 27, 2009 pursuant to 18 U.S.C. § 3161 (h)(1)(A) [mental incompetence to stand trial] (Local Code N).

Dated: March 11, 2009

Respectfully submitted,

/s/ Carl E. Larson

_____
CARL E. LARSON
Attorney for Defendant
RALPH LOPEZ

Dated: March 11, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Michael Beckwith

_____
MICHAEL BECKWITH
Assistant United States Attorney

So ordered.

Dated: March 12, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge