IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-00390-GEB |
| | ) | 2:08-cr-00392-GEB |
| Plaintiff, | ) | |
| | ) | <u>ORDER</u> |
| v. | ) | |
| | ) | |
| KHAMSOU SIDA, | ) | |
| | ) | |
| Defendant. | ) | |

On March 19, 2009, chambers received the attached letter dated March 11, 2009, from the Warden of the Federal Bureau of Prisons, Metropolitan Detention Center, Los Angeles, California. The last section of the letter, which contains contact information for the evaluator, has been redacted. The envelope in which the letter was mailed is postmarked March 16, 2009.

Dated: March 19, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1