```
1  CARL E. LARSON, Bar #48162
   Attorney at Law
2  9490 Golden Gate Avenue
   Orangevale, CA 95662
3  Telephone: (916) 989-9226

4  Attorney for Defendant
   KHAMSOU SIDA
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR.S-08-390-GEB |
| | ) CR.S-08-392-GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) Date: April 10, 2009 |
| KHAMSOU SIDA, | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell |
| Defendant. | ) |
| | ) |

The parties, plaintiff United States, through counsel, Assistant United States Attorney, MICHAEL BECKWITH and the defendant, KHAMSOU SIDA, through counsel, CARL E. LARSON, hereby stipulate that the status conference set for March 27, 2009 at 9:00 a.m. be rescheduled to April 10, 2009 at 9:00 a.m. Counsel requesting this continue due to the Psychiatric Report is not yet available.

/ / /

/ / /

/ / /

/ / /

/ / /

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 10, 2009 pursuant to 18 U.S.C. § 3161 (h)(1)(A) [mental incompetence to stand trial] (Local Code N).

Dated: March 25, 2009

Respectfully submitted,

/s/ Carl E. Larson
_____
CARL E. LARSON
Attorney for Defendant
RALPH LOPEZ

Dated: March 25, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Michael Beckwith
_____
MICHAEL BECKWITH
Assistant United States Attorney

IT IS SO ORDERED.

Dated: March 25, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge