1 CARL E. LARSON, Bar #48162
Attorney at Law
2 9490 Golden Gate Avenue
Orangevale, CA 95662
3 Telephone: (916) 989-9226

4 Attorney for Defendant
KHAMSOU SIDA
5

6             IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9
                                  ) CR.S-08-390-GEB
10 UNITED STATES OF AMERICA,     ) CR.S-08-392-GEB
                                  )
11        Plaintiff,      )
                                  ) STIPULATION AND ORDER
12    v.                )
                                  ) Date: June 5, 2009
13 KHAMSOU SIDA,             ) Time: 9:00 a.m.
                                  ) Judge: Garland E. Burrell
14      Defendant.      )
                                  )
15 _____

16

17     The parties, plaintiff United States, through counsel, Assistant

18 United States Attorney, MICHAEL BECKWITH and the defendant, KHAMSOU

19 SIDA, through counsel, CARL E. LARSON, hereby stipulate that the status

20 conference set for May 22, 2009 at 9:00 a.m. be rescheduled to June 5,

21 2009 at 9:00 a.m. Counsel requesting this continue due to the

22 Psychiatric Report is not yet available.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 5, 2009 pursuant to 18 U.S.C. § 3161 (h)(1)(A) [mental incompetence to stand trial] (Local Code N).

Dated: May 20, 2009

Respectfully submitted,

/s/ Carl E. Larson
_____
CARL E. LARSON
Attorney for Defendant
KHAMSOU SIDA

Dated: May 20, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Michael Beckwith
_____
MICHAEL BECKWITH
Assistant United States Attorney

So Ordered.

Dated: May 21, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge