1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I St., Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2729

5

6
                IN THE UNITED STATES DISTRICT COURT
7
              FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        )   CR. No. S-08-390 GEB
10                                   )
                    Plaintiff,       )
11                                   )   MOTION TO DISMISS INDICTMENT
                    v.               )   AND [PROPOSED] ORDER
12                                   )
   KEOUDONE NOY PHAOUTHOUM, et al., )
13                                   )
                    Defendants.      )
14 _____)

15

16      Pursuant to Rule 48 of the Federal Rules of Criminal

17 Procedure, Plaintiff, United States of America, by and through

18 its undersigned attorney, moves this Court for an order

19 dismissing the indictment against KHAMSOU SIDA in Case No.

20 S-08-390-GEB filed on August 8, 2008.

21      The three-count indictment charges the defendant with

22 violating 21 U.S.C. §§ 846 and 841(a)(1) – Conspiracy to

23 Distribute and Possess with Intent to Distribute MDMA; and

24 violating 21 U.S.C. § 841(a)(1) - Possession with Intent to

25 Distribute MDMA.

26      This motion is made in the interest of justice in light of

27 evidence discovered post indictment regarding the defendant's

28 participation in the conspiracy and possession charges.

                              1

1      The defendant is currently in Federal custody at the

2  Sacramento County Main Jail.

3

4  DATED: June 10, 2009                    LAWRENCE G. BROWN
                                           United States Attorney
5

6                                   By: /s/ Michael M. Beckwith
                                           MICHAEL M. BECKWITH
7                                          Assistant U.S. Attorney

8

9

10                             **O R D E R**

11

12 APPROVED AND SO ORDERED:

13 Dated:  June 11, 2009

14

15 _____
   GARLAND E. BURRELL, JR.
16 United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2